Creditor Matrix.txt

Advokaadiburoo Hedman
Partners & Co OU
Rotermanni 8
10111 Tallinn Estonia

Advokaadiburoo Hedman
Partners & Co OU
Rotermanni 8
10111 Tallinn Estonia

Aelysir Limited
c/o Rodliffe Accounting
1 Canada Sq
37th Floor
London E14 5AA UK

Alessandro Vigna

Alexander Scanga
86 Lockwood Avenue
Bronxville, NY 10708

Alexander Scanga
86 Lockwood Avenue
Bronxville, NY 10708

American Express
World Financial Center
200 Vesey Street
New York, NY 10285

Ana Bencic
Roosikrantsi tn 2-K457
Tallinn, Estonia 10119

Andrzej Roth
11 Rolling Hill Road
Old Westbury, NY 11568

Andrzej Roth
11 Rolling Hill Road
Old Westbury, NY 11568

Angela Schirru
Via Bora 37
09045 Quarto Saint'Elena
CA Italy

Creditor Matrix.txt

Applover SP zoo
Swieradowska 77
50559 Wroclaw Poland

Be Happy Cars Sagl
Via Del Torrione
Micara 17
00044 Frascati RM Italy

Blue River Consulting LTD
26 Cowper Street
First Floor
London EC23 4AP UK

Bluedeal Consulting LTD
26 Cowper Street
First Floor
London EC24 4AP UK

Bond Collective
12 Park Street
Brooklyn, NY 11206

Bricknest Inc.

Capital Law Group LLC
1944 Gladstone Drive
Wheaton, IL 60189

CNA Insurance
c/o Law Offices of
Fishman and Cabrera
395 N. Service Rd Ste 410
Melville, NY 11747

Coinigy Inc.
790 N. Milwaukee Street
Suite 300
Milwaukee, WI 53202

Conyers Dill & Pearman
Commerce House Wickhams
Cay 1
P.O. Box 3140
Tortola BVI VG1110

Cynix Sagl

```
                        Creditor Matrix.txt
Via Somaini 7
6900 Lugano Switzerland

Daniele Bassi
Via Sempione N 10
28040 Marano Ticino
NO, Italy

Danielle Devine
and John Devine
216-32 28th Road
Bayside, NY 11360

Danielle Devine and
John Devine
216-32 28th Road
Bayside, NY 11360

David Roth
172 Brook Trail
Greenwood Lake, NY 10925

Delaware Division of
Revenue
820 N. French Street
Wilmington, DE 19801

Demetrios Partsinevelos
82 Sunnyside Lane
Westbury, NY 11590

Demetrios Partsinevelos
82 Sunnyside Lane
Westbury, NY 11590

DMA Contracting Inc.
3003 30 Avenue
Suite 200
Astoria, NY 11102

Donato Riviello

Eastchester
Associates LLC
c/o Danielle Devine
495 New Rochelle Road
Bronxville, NY 10708
```

```
                       Creditor Matrix.txt
Eastchester
Associates LLC
c/o Danielle Devine
495 New Rochelle Road
Bronxville, NY 10708

Edward D. Stolarek

Ermes Wealth
Management Ag
Via Greina 2
6900 Lugano Switzerland

Ermes Wealth
Management Ag
Am Schanzengraben
27 Zurich Switzerland

Estate of Matteo
Cannavera
Via Biora 37
09045 Quarto Saint'Elena
CA Italy

Estate of Matteo
Cannavera

EWDigitall PCC Limited
Suite 6 Provident House
Havilland Street
St. Peter Port
Guernsey GY1 2QE

Fernando O Pereira

Fireblocks Inc
441 9th Avenue
Suite 15A
New York, NY 10001

First Base iO

Genesis Global
Trading Inc
250 Park Avenue S
5th Floor
New York, NY 10003
```

Creditor Matrix.txt

Gian Biagio Cannavera

Gourmet City Wood Ridge
Inc.
40 Rosie Sq.
Wood Ridge, NJ 07075

Hing Ling Lo
7531 Langton Road
Richmond
BC V7C 4B4 Canada

Huai Ling Deng
116 W Main Street
Oyster Bay, NY 11771

Huai Ling Deng
116 W Main Street
Oyster Bay, NY 11771

iDM Global Inc.

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Ivan Villarruel
11 Marianne Street
Staten Island, NY 10302

Joe Tavernese Inc.
c/o Joseph Tavernese
141 Meabrook Road
Garden City, NY 11530

Joe Tavernese Inc.
c/o Joseph Tavernese
141 Meabrook Road
Garden City, NY 11530

Jordan Vega

Jumio Corporation
395 Page Mill Road
Suite 150
Palo Alto, CA 94306

K4Value SA

Creditor Matrix.txt

Via Cattedrale 2
6900 Lugano Switzerland

Law Office of Matthew F.
Didora, P.C.
377 Oak Street
Suite 203
Garden City, NY 11530

Lei Yang
801 Emory Street
Oxford, GA 30054

Marzena Pogorzelska

Matching Trading
& Network LTD
36 St Dminka Street
Victoria VCT9030 Malta

Matteo Cannavera
c/o Estate of Matteo
Cannavera
257 Gold Street Apt 10N
Brooklyn, NY 11201

Maxwell Rosa
1451 Stephen Marc Lane
East Meadow, NY 11554

Maxwell Rosa
1451 Stephen Marc Lane
East Meadow, NY 11554

Michael Misiti
76 Cherry Street
Locust Valley, NY 11542

Michael Misiti
76 Cherry Street
Locust Valley, NY 11542

Mihda Capital LTD
26 Cowper Street
London EC2A 4AP UK

Mirjan Matic
Partizanska 3

Creditor Matrix.txt

Izola Slovenia 6310

N.Y.S. Dept of Taxation
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

N.Y.S. Dept. of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12226

Nano Fire LLC
30 Skyline Drive
Plainview, NY 11803

Nextinterexchange OU
Roosikrantisi 2-527k
10119 Tallinn Estonia

Nextinterexchange OU

OPUS Fund Services
500 E Diehl Rd
Suite 100
Naperville, IL 60563

OPUS Fund Services
530 7th Avenue
Suite 2802
New York, NY 10018

PAA Capital SE

Pierfrancesco Dengri

Prime Trust LLC
330 Rampart Blvd
Suite 260
Las Vegas, NV 89145

Prime Trust LLC
330 South Rampart Blvd
Suite 260
Summerlin, NV 89145

Qing Lu
116 W Main Street

                              Creditor Matrix.txt
Oyster Bay, NY 11771

Ralph Divino
1 Beaver Brook Road
Annandale, NJ 08801

Revolut LTD
7 Westferry Circus
Canary Wharf
London E14 4HD UK

Riccardo Sposato
Via Del Fosso
Dell'Acqua Mariana 120
00118 Rome RM, Italy

Roberto Rinaldi

Ronald Lee
200 Carney Street
#208
Glen Cove, NY 11542

Ronald Lee
200 Water Street
#2410
New York, NY 10028

Ronald Lee
200 Carney Street
#208
Glen Cove, NY 11542

Rosa Villarruel
11 Marianne Street
Staten Island, NY 10302

Ryan Villarruel
11 Marianne Street
Staten Island, NY 10302

S.T.R. Servizi
Trattamento Rifiuti SRL
Viale Monastir Km 3600
Cagliara 09122 Italy

Sarah Rose Ho
39 Avenue Princess Grace

Creditor Matrix.txt

98000 Monaco

Standard Life Insurance
Co. of NY
485 Madison Avenue
#14
New York, NY 10022

Theodore Haggerty
503 Centre Island Road
Oyster Bay, NY 11771

Theodore Haggerty

Theodore Haggerty
503 Centre Island Road
Oyster Bay, NY 11771

Top Air Express LLC
c/o Yijing Wu
362 RXR Plaza
Uniondale, NY 11556

Top Air Express LLC
c/o Yijing Wu
4 Greenway Drive
Syosset, NY 11791

Turrosa 2004 LLC
c/o Maxwell Rosa
1451 Stephen Marc Lane
East Meadow, NY 11554

Valofin SA
Via Greina 2
6900 Lugano Switzerland

Vanessa Martins Pereira

Villavera Admin LLC
c/o Finlaw LLC
113 N. San Vicente Blvd
Suite 251
Beverly Hills, CA 90211

Villavera Capital LLC
11 Marianne Street
Staten Island, NY 10302

Creditor Matrix.txt

Villavera Capital Management LTD
Conyers Trust Company
P.O. Box 3140
Road Town
Tortola BVI, VG1110

Villavera Capital Management LLC
11 Marianne Street
Staten Island, NY 10302

Villavera Capital Fund LTD
Conyers Trust Company
P.O. Box 3140
Road Town
Tortola BVI, VG1110

Villavera Capital Fund LP
11 Marianne Street
Staten Island, NY 10302

Villavera Capital Fund LP
11 Marianne Street
Staten Island, NY 10302

Villavera Capital LLC
11 Marianne Street
Staten Island, NY 10302

Villavera Capital LTD
7 Bell Yard
London WC2A 2JR UK

Villavera Capital LTD
7 Bell Yard
London UK WC2A 2JR

Villavera Exchange LTD
11 Marianne Street
Staten Island, NY 10302

Villavera Ventures LTD
26 Cowper Street
First Floor
London EC2A 4AP UK

Villavera Ventures LTD
26 Cowper Street

```
                        Creditor Matrix.txt
First Floor
London UK EC2A 4AP

Wise Inc
30 W 26 Street
6th Floor
New York, NY 10010

Yijing Wu
c/o Top Air Express LLC
15 Stirrup Drive
Glen Head, NY 11545
```